AKBER AZIZ, Appellant, v GULZAR AZIZ, Respondent.

Submitted April 24, 2006; decided June 13, 2006

Motion, insofar as it seeks leave to appeal as against respondent Aziz, dismissed as untimely (see CPLR 5513 [b]); motion, insofar as it seeks leave to appeal as against the law guardian, denied.

---

STEPHEN BABCOCK, Appellant, v STATE UNIVERSITY AGRICULTURAL & TECHNICAL COLLEGE AT ALFRED, Respondent.

Submitted May 1, 2006; decided June 13, 2006

Motion for leave to appeal dismissed upon the ground that movant is not a party aggrieved (see CPLR 5511).

---

RAYON BAKER, Appellant, v TRINITY-PAWLING SCHOOL, Respondent, et al., Defendant. TRINITY-PAWLING SCHOOL, Third-Party Plaintiff, v HOTCHKISS SCHOOL, Third-Party Defendant-Respondent.

Submitted May 3, 2005; decided June 13, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellant's motion for leave to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the third-party complaint, dismissed upon the ground that appellant is not a party aggrieved (see CPLR 5511); motion for leave to appeal otherwise denied.